EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00395-01 SOM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| | ) | |
| JAMES CARVALHO,    (01) | ) | |
| | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against James Carvalho on the grounds that the defendant has been sentenced pursuant to an Information, Cr. No. 04-00294 SOM.

      The defendant is in custody on the dismissed charge(s) listed above.

      DATED:  March 10, 2006, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

                              By   /s/ Beverly Wee Sameshima
                                 BEVERLY WEE SAMESHIMA
                                 Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

      DATED: Honolulu, Hawaii; March 10, 2006.



                              _____
                              Susan Oki Mollway
                              United States District Judge

UNITED STATES v. JAMES CARVALHO
Cr. No. 03-00395-01 SOM
"Order for Dismissal"